UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC DWIGHT RICE, | No. 2:14-cv-1784 KJN P |
| Petitioner, | |
| v. | ORDER |
| BARACK OBAMA, et al., | |
| Respondents. | |

Petitioner is a state prisoner proceeding without counsel in this habeas proceeding filed under 28 U.S.C. § 2254.  Petitioner consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c).  On August 13, 2014, this action was dismissed without prejudice because the petition did not challenge the fact or duration of petitioner's confinement.  (ECF No. 5.)  On August 28, 2014, petitioner filed a motion to reopen the instant action.  In his motion, petitioner argues that the words "black" and "ghetto" are discriminatory, and he seeks to change the title "Black History Month" to "African History Month."  (ECF No. 9 at 1.)

Local Rule 230(j) requires that a motion for reconsideration state "what new or different facts or circumstances are claimed to exist which did not exist or were not shown upon such prior motion, or what other grounds exist for the motion," and "why the facts or circumstances were not shown at the time of the prior motion."  E.D. Cal., Local Rule 230(j)(3)(4).

////

1     The allegations contained in plaintiff's request for reconsideration also do not challenge the fact or duration of his confinement. Plaintiff's request for reconsideration fails to make the showing required under Local Rule 230(j), and plaintiff fails to otherwise demonstrate that the court's June 18, 2013 order ought to be reconsidered.

    Accordingly, IT IS HEREBY ORDERED that plaintiff's motion (ECF No. 9) is denied.

Dated: September 10, 2014

/rice1784.rec

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE