UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC DWIGHT RICE, | No. 2:14-cv-1784 KJN P |
| Petitioner, | |
| v. | ORDER |
| BARACK OBAMA, et al., | |
| Respondents. | |

This petition for writ of habeas corpus was dismissed on August 13, 2014. Documents filed by petitioner since the closing date will be disregarded and no orders will issue in response to future filings.

Dated: March 25, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/rice1784.158